## MURPHY V. JONES.

(Decided Nov. 19th, 1908.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

F. LLOYD TATE, for appellant.   J. M. CHILTON and F. W. LULL, for appellee.

Per Curiam.   Appeal dismissed on authority of *L. & N. R. R. Co. v. Grant,* 153 Ala. 112, 45 South. 226.

---

## PHILLIPS V. PRATT COAL CO.

(Decided Nov. 19th, 1908.)

APPEAL from Birmingham City Court.

Heard before Hon. CHAS. A. SENN.

CABANIS & BOWIE and E. H. DRYER, for appellant. WARD & DRENNEN, for appellee.

Per Curiam.   Dismissed by agreement.

---

## WESTERN RY. OF ALA. V. McPHERSON.

(Decided Nov. 19th, 1908.)

APPEAL from Chambers Circuit Court.

Heard before Hon. S. L. BREWER.

GEO. P. HARRISON and ARMSTEAD BROWN, for appellant.   R. H. BARNES and D. H. HILL, for appellee.

Per Curiam.   Errors confessed, and cause reversed and remanded.